■ In the Matter of George J. O'Connell, Respondent, against Jacob Grumet, as Fire Commissioner of the City of New York, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Cox and Frank, JJ. [See *post*, p. 882.]

■ Kevork Allalemdjian, Ltd., Respondent, v. Jerome Trotta, Doing Business as Air Cargo Express, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Cox and Frank, JJ.

■ In the Matter of the Accounting of Sterling National Bank & Trust Company of New York, Respondent, as Successor Trustee under the Will of Patrick Reilly, Deceased. Lawrence B. Spiess, as Executor of John A. Reilly, Deceased, Appellant; Andrew V. Galway, as Executor of Annie L. Reilly, Deceased, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Cox and Frank, JJ.

■ Eileen Abraham, Respondent, v. King O'Connor, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Cox and Frank, JJ.

■ In the Matter of Mollie Klauber, Doing Business as Gem Liquors, Petitioner, against State Liquor Authority, Respondent.— Determination unanimously modified so as to annul the finding made by the commissioner as to the charge involving George Davis and, as so modified, confirmed, without costs. A consideration of all of the evidence does not afford a sufficient basis to predicate a finding that the licensee sold an alcoholic beverage to Davis on March 4, 1955, under circumstances constituting a violation of section 65 of the Alcoholic Beverage Control Law. In view of the modification, the matter is remitted to the commissioner for consideration *de novo* of the punishment to be imposed on the licensee. Settle order on notice. Concur — Peck, P. J., Botein, Rabin, Frank and Valente, JJ.